Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Florida, Fort Lauderdale Division

Case number (if known): _____    Chapter  11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Encompass Compliance Corp., a Florida corporation

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*
Axxess Unlimited   Ambush Media

**3. Debtor's federal Employer Identification Number (EIN)**  65 – 1030068

**4. Debtor's address**

**Principal place of business**
401 E Las Olas Blvd., #1400
Number       Street

Ft Lauderdale, FL 33301-2218
City           State    ZIP Code

Broward
County

**Mailing address, if different from principal place of business**
_____
Number    Street

_____
P.O. Box

_____
City       State    ZIP Code

**Location of principal assets, if different from principal place of business**
_____
Number    Street

_____
City       State    ZIP Code

**5. Debtor's website (URL)**  www.encompinc.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | __ __ __ __ |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |
| |    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). |
| |    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ☐ A plan is being filed with this petition. |
| |    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |    ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☑ No |
|---|---|
| | ☐ Yes. District _____ When _____ Case number _____ |
| |                               MM / DD / YYYY |
| |       District _____ When _____ Case number _____ |
| |                               MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|
| | ☐ Yes. Debtor _____ Relationship _____ |
| |       District _____ When _____ |
| |                                               MM / DD / YYYY |
| |       Case number, if known _____ |

Debtor  Encompass Compliance Corp., a Florida corporation  Case number *(if known)*
        Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the propery?** _____ <br>       Number   Street <br> _____ <br> _____ _____ <br> City                         State <br> _____ <br> ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds? | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | Estimated number of creditors | ☑ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000 <br> ☐ 50-99         ☐ 5,001-10,000      ☐ 50,000-100,000 <br> ☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000 <br> ☐ 200-999 |
| 15. | Estimated assets | ☑ $0-$50,000            ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000       ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000      ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/03/2018
             MM/ DD/ YYYY

X    /s/ Richard Sharp                           Richard Sharp
Signature of authorized representative of debtor    Printed name

Title    CEO/Director

**18. Signature of attorney**

X    /s/ Kevin C Gleason                     Date  05/03/2018
Signature of attorney for debtor                   MM/ DD/ YYYY

Kevin C Gleason
Printed name

Florida Bankruptcy Group, LLC
Firm name

4121 N 31 Ave
Number    Street

Hollywood                              FL        33021
City                                   State     ZIP Code

(954) 893-7670                         bankruptcylawyer@aol.co,
Contact phone                          Email address

_____          _____
Bar number                             State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

   a. Total assets     $9,954.24
   b. Total debts (including debts listed in 2.c., below)     $713,246.52
   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐ unsecured ☐ subordinated ☐
   secured ☐ unsecured ☐ subordinated ☐
   secured ☐ unsecured ☐ subordinated ☐
   secured ☐ unsecured ☐ subordinated ☐
   secured ☐ unsecured ☐ subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business: drug and alcohol testing consulting and Compliance to employers.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Richard Sharp and William ( Bill ) Judge

Fill in this information to identify the case:

Debtor name: Encompass Compliance Corp., a Florida corporation

United States Bankruptcy Court for the: Southern District of Florida, Fort Lauderdale Division

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Caught in the Web<br>Scott Forsythe<br>17821 Spinnakers Reach Dr<br>Cornelius, NC 28031-7595 | Caught in the Web | Investor | | | | $260,000.00 |
| 2 | Chris Ingle Law Firm<br>Chris Ingle, Esq<br>111 W Monroe St<br>Phoenix, AZ 85003-1720 | Chris Ingle Law Firm | Legal Services | | | | $14,000.00 |
| 3 | Fundbox<br>300 Montgomery St<br>San Francisco, CA 94104-1921 | Fundbox | Factor | Disputed<br>Unliquidated | | | $3,005.00 |
| 4 | Hart & Hart<br>1624 N Washington St<br>Denver, CO 80203-1407 | Hart & Hart | Legal Services | | | | $1,500.00 |
| 5 | Keith Gernant Law<br>Keith Gernant, Esq<br>2705 S Alma School Rd<br>Chandler, AZ 85286-4400 | Keith Gernant Law | Legal Services | | | | $5,544.03 |
| 6 | Late & Cobb<br>1095 W Rio Salado Pkwy<br>Tempe, AZ 85281-2514 | Late & Cobb | Legal Services | | | | $1,330.00 |
| 7 | Northeast Investments, LLC., a New Mexico Limited Liability Company, DBA Centurion Strategic Advisors of<br>Kevin Baer<br>Po Box 7<br>Marblehead, MA 01945-0007 | Northeast Investments, LLC., a New Mexico Limited Liability Company, DBA Centurion Strategic Advisors of | Allegedly carry forward debt and consulting fees owed | Disputed<br>Unliquidated | | | $150,000.00 |
| 8 | Palladin Advisories<br>Daniel Frid<br>333 Fern Street<br>West Palm Beach, FL 33401 | Palladin Advisories | Investor | | | | $30,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Schoonover, Jim<br>1770 County Road H2<br>Saint Paul, MN 55110-6425 | Schoonover, Jim | Investor | | | | $140,000.00 |
| 10 The Sharp Method<br>19701 Bethel Church Rd<br>Cornelius, NC 28031-4069 | The Sharp Method | Loan | | | | $18,000.00 |
| 11 Visify - WorkforceQA dba EDPM Inc<br>Orlando Hunter<br>Po Box 55724<br>Birmingham, AL 35255-5724 | Visify - WorkforceQA dba EDPM Inc | Online services fee | | | | $3,754.00 |
| 12 WOMI, LLC<br>19701 Bethel Church Rd<br>Cornelius, NC 28031-4069 | WOMI, LLC | Income | | | | $56,632.00 |
| 13 WOMI, LLC<br>19701 Bethel Church Rd<br>Cornelius, NC 28031-4069 | WOMI, LLC | | | | | $29,481.49 |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Caught in the Web
Scott Forsythe
17821 Spinnakers Reach Dr
Cornelius, NC 28031-7595


Chris Ingle Law Firm
Chris Ingle, Esq
111 W Monroe St Ste 706
Phoenix, AZ 85003-1720


Florida Bankruptcy Group, LLC
Kevin C Gleason
4121 N 31 Ave
Hollywood, FL 33021


Fundbox
300 Montgomery St Ste 900
San Francisco, CA 94104-1921


Hart & Hart
1624 N Washington St
Denver, CO 80203-1407


Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346


Keith Gernant Law
Keith Gernant, Esq
2705 S Alma School Rd Ste 2
Chandler, AZ 85286-4400


Late & Cobb
1095 W Rio Salado Pkwy
Tempe, AZ 85281-2514

Northeast Investments, LLC.,
a New Mexico Limited Liability
Company, DBA Centurion
Strategic Advisors of
Kevin Baer
Po Box 7
Marblehead, MA 01945-0007


Palladin Advisories
Daniel Frid
333 Fern Street 1213
West Palm Beach, FL 33401



Jim Schoonover
1770 County Road H2
Saint Paul, MN 55110-6425



Richard Sharp
19701 Bethel Church Rd Ste 103
Cornelius, NC 28031-4069



The Sharp Method
19701 Bethel Church Rd Ste 103
Cornelius, NC 28031-4069



Visify - WorkforceQA dba
EDPM Inc
Orlando Hunter
Po Box 55724
Birmingham, AL 35255-5724

WOMI, LLC
19701 Bethel Church Rd Ste 103
Cornelius, NC 28031-4069